YAMPOLSKY & MARGOLIS.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 01945
JASON R. MARGOLIS
Nevada Bar No. 12439
Las Vegas, Nevada 89101
Telephone: (702) 385-9777
Fax: (702) 385-3001
Attorneys for Defendant JACKIE NOELANI PERREIRA

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:20-cr-00361-KJD-VCF |
| vs. | ) |
| ADRIAN ANTONIO ANGUIANO, and JACKIE NOELANI PERRIERA, | ) **STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE PRETRIAL MOTIONS** |
| Defendants. | ) |

IT IS HEREBYSTIPULATED AND AGREED by and between Christopher Chiou, by and through Daniel J. Cowhig, Assistant United States Attorney, and Jason R. Margolis, Esq., counsel for Defendant Perriera, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Defendant Anguiano, that the deadline for the parties to file their pretrial motions be extended for a period of thirty days, up through and including Wednesday, July 21, 2021.

DATED this 18th day of June, 2021.

| | |
|---|---|
| OFFICE OF THE U.S. ATTORNEY | YAMPOLSKY & MARGOLIS |
| */s/ Daniel J. Cowhig* | */s/ Jason R. Margolis, Esq.* |
| DANIEL J. COWHIG | JASON R. MARGOLIS, ESQ. |
| Assistant United States Attorney | Attorney for Defendant Perriera |
| Attorney for Plaintiff | |

OFFICE OF THE FEDERAL PUBLIC DEFENDER

*/s/ Heidi Ojeda*
HEIDI OJEDA
Assistant Federal Public Defender
Attorney for Defendant Anguiano

1

YAMPOLSKY & MARGOLIS.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 01945
JASON R. MARGOLIS
Nevada Bar No. 12439
Las Vegas, Nevada 89101
Telephone: (702) 385-9777
Fax: (702) 385-3001
Attorneys for Defendant JACKIE NOELANI PERREIRA

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:20-cr-00361-KJD-VCF |
| vs. | |
| ADRIAN ANTONIO ANGUIANO, and JACKIE NOELANI PERRIERA, | **ORDER TO CONTINUE DEADLINE TO FILE PRETRIAL MOTIONS** |
| Defendants. | |

BASED upon the foregoing stipulation of the parties,

IT IS HEREBY ORDERED that the deadline for the parties to file their pretrial motions be extended for a period of thirty days, up through and including July 21, 2021.

DATED: 6-21-2021

_____
U.S. MAGISTRATE JUDGE