CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-361-KJD-VCF |
| Plaintiff, | STIPULATION TO CONTINUE THE DEADLINE FOR THE UNITED STATES' RESPONSE TO [ECF No. 49] AND [ECF No. 50], DEFENDANTS' MOTIONS TO SUPPRESS |
| vs. | |
| ADRIAN ANTONIO ANGUIANO | |
| and | |
| JACKIE NOELANI PERREIRA, | |
| Defendants. | |

## STIPULATION

The United States of America, through Christopher Chiou, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, and the defendant Adrian A. Anguiano, by and through his counsel, Heidi A. Ojeda, Assistant Federal Public Defender, and defendant Jackie N. Perreira, by and through her counsel, Jason R. Margolis, Esq., of Yampolsky & Margolis, stipulate and agree and jointly move this Honorable Court to extend the deadline for the United States' response to the defendants'

1

motions to Monday, August 9, 2021, with the defendants' replies due 7 days after the filing of the response.

The parties make this stipulation for good cause and not for the purposes of delay.

Dated August 4, 2021

Respectfully Submitted,

| | |
|---|---|
| CHRISTOPHER CHIOU<br>Acting United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| *//s// Daniel J Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney | *//s// Heidi A Ojeda*<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender<br>Counsel for Adrian A. Anguiano |

MACE J. YAMPOLSKY

*//s// Jason R Margolis*
JASON R. MARGOLIS, Esq.
Yampolsky & Margolis
Counsel for Jackie N. Perreira

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-361-KJD-VCF |
| Plaintiff, | |
| vs. | |
| ADRIAN ANTONIO ANGUIANO | ORDER |
| and | |
| JACKIE NOELANI PERREIRA, | |
| Defendants. | |

ORDER

IT IS HEREBY ORDERED, based on the stipulation of the parties, that the deadline for the United States' response to the defendants' motions, currently August 4, 2021, is hereby extended to Monday, August 9, 2021, with the defendants' replies due 7 days after the filing of the response.

Dated August 5, 2021

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

I certify that on November 30, 2020, I electronically filed the foregoing Stipulation to Continue the Deadline for the United States' Response to [ECF No. 49] and [ECF No. 50], Defendants' Motions to Suppress, with the Clerk of the Court by using the CM/ECF system.

Dated August 4, 2021

                                               //s// *Daniel J Cowhig*
                                               DANIEL J. COWHIG
                                               Assistant United States Attorney