RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Adrian Antonio Anguiano

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADRIAN ANTONIO ANGUIANO<br><br>　　and<br><br>JACKIE NOELANI PERREIRA,<br><br>　　　　Defendants. | Case No. 2:20-cr-00361-KJD-VCF<br><br>**STIPULATION TO CONTINUE THE DEADLINE FOR THE REPLY TO RESPONSE TO (ECF 49) AND (ECF 50) DEFENDANT'S MOTIONS TO SUPPRESS**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Adrian Antonio Anguiano, and Jason R. Margolis counsel for Jackie Noelani Perreira, request to extend the deadline for the Reply to Response to Motions to Monday, August 23, 2021.

1. Counsel for Defendant Adrian Antonio Anguiano is currently in Trial, USA v. Bates 2:21-cr-00147-JAD-DJA.
2. The parties agree to the continuance.

This is the first request for a continuance of the reply deadline

DATED this 19th day of August 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Heidi A Ojeda<br>HEIDI A OJEDA<br>Assistant Federal Public Defender | By /s/ Daniel J. Cowhig<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

By /s/ Jason R. Margolis
JASON R. MARGOLIS
Counsel for Jackie Noelani Perreira

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN ANTONIO ANGUIANO<br><br>And<br><br>JACKIE NOELANI PERREIRA,<br><br>Defendants. | Case No. 2:20-cr-00361-KJD-VCF<br><br>ORDER |

**ORDER**

IT IS THEREFORE ORDERED, based on the stipulation of the parties, that the deadline for the reply to response to the defendant's motions, is extended to Monday, August 23, 2021.

DATED this 1st day of September 2021.

_____
Cam Ferenbach
United States Magistrate Judge