RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Adrian Antonio Anguiano

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADRIAN ANTONIO ANGUIANO,<br><br>    Defendant. | Case No. 2:20-cr-00361-KJD-VCF<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Adrian Antonio Anguiano, that the evidentiary hearing currently scheduled for September 27, 2021, be vacated and set to a date and time convenient to this Court, but no sooner than forty-five (45) days.

    The Stipulation is entered into for the following reasons:

    1.    The parties are attempting to negotiate this case which would negate the need for the upcoming evidentiary hearing.

2. Mr. Anguiano has several pending state cases, and the resolution/negotiation of those cases may impact the negotiations in this case. Additional time is needed to determine if a global resolution is possible.

3. Mr. Anguiano has a state court status check on October 19, 2021. The results of that hearing may impact this case.

4. The defendant is incarcerated and does not object to the continuance.

5. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 21st day of September 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By/s/ *Heidi A Ojeda*<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | By/s/ *Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ADRIAN ANTONIO ANGUIANO,<br><br>  Defendant. | Case No. 2:20-cr-00361-KJD-VCF<br><br>ORDER |

   IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for September 27, 2021 at 11:00 a.m., be vacated and continued to November 15, 2021 at the hour of 1:00 p.m.

   The Joint Status report for the hearing must be filed by noon, November 12, 2021.

   IT IS FURTHER ORDERED that defense counsel shall contact the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with information on how defendant will participate in the video conference by 12:00 PM, November 12, 2021. All else as stated in ECF No. 61 remains in effect.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  9-21-2021

3