UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ADRIAN ANTONIO ANGUIANO,<br><br>        Defendant. | Case No. 2:20-cr-00361-KJD-VCF<br><br>ORDER |

    IT IS THEREFORE ORDERED that the status hearing currently scheduled for November 8 2021 at 2:00 p.m., be vacated and continued to December 3, 2021, at the hour of 12:30 p.m. IT IS FURTHER ORDERED that the Evidentiary Hearing scheduled for January 21, 2022, is VACATED to be reset upon stipulation of the parties.

    DATED this 3rd day of November 2021.

                                                                _____
                                                             UNITED STATES MAGISTRATE JUDGE