RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Adrian Antonio Anguiano

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN ANTONIO ANGUIANO,<br><br>Defendant. | Case No. 2:20-cr-00361-KJD-VCF<br><br>**MOTION TO WITHDRAW MOTION TO SUPPRESS (ECF No. 49)** |

Adrian Anguiano files this request to withdraw his pending Motion to Suppress (ECF No. 49). Mr. Anguiano intends to enter into a plea agreement in this case and therefore requests the Court allow him to withdraw his Motion to Suppress.

DATED this 29th day of November 2021.

RENE L. VALLADARES
Federal Public Defender

By:   */s/ Heidi Ojeda*
HEIDI OJEDA
Assistant Federal Public Defender
Attorney for Adrian Antonio Anguiano

IT IS HEREBY ORDERED that the status hearing scheduled for December 3, 2021, is VACATED.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED   11-29-2021

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on November 29, 2021, she served an electronic copy of the above and foregoing MOTION TO WITHDRAW MOTION TO SUPPRESS (ECF No. 49) by electronic service (ECF) to the person named below:

CHRISTOPHER CHIOU
Acting United States Attorney
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

　　　　　　　　　　　　　　　　　　　　　　*/s/ Rosana Aporta*
　　　　　　　　　　　　　　　　　　　　　　Employee of the Federal Public Defender

2