# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-361-KJD-VCF |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| ADRIAN ANTONIO ANGUIANO, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Adrian Antonio Anguiano to the criminal offense, forfeiting the property set forth in the Plea Agreement and Forfeiture Allegation One of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Adrian Antonio Anguiano pled guilty. Superseding Criminal Indictment, ECF No. 30; Plea Agreement, ECF No. 96; Change of Plea, ECF No. 97; Preliminary Order of Forfeiture, ECF No. 99.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 14, 2022, through June 12, 2022, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 100-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 103.

On June 16, 2022, the United States Attorney's Office attempted to serve Matthew Phipps with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned as vacant. Notice of Filing Service of Process – Mailing, ECF No. 103-1, p. 3-18.

On June 16, 2022, the United States Attorney's Office served Kterrioun Williams with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 103-1, p. 3, 8-14, 19-20.

On June 16, 2022, the United States Attorney's Office attempted to serve The Estate of Timothy Plank with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as attempted not known. Notice of Filing Service of Process – Mailing, ECF No. 103-1, p. 3-14, 21-23.

On June 16, 2022, the United States Attorney's Office attempted to serve Timothy Plank with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as attempted not known. Notice of Filing Service of Process – Mailing, ECF No. 103-1, p. 3-14, 24-26.

On July 11, 2022, the United States Attorney's Office attempted to serve Matthew Phipps with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as unclaimed. Notice of Filing Service of Process – Mailing, ECF No. 103-1, p. 3-14, 27-29.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

/ / /

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Smith & Wesson model SD9VE 9mm semi-automatic pistol bearing serial number FXL5308;
2. a Smith & Wesson model 4566TSW .45 caliber semi-automatic pistol bearing serial number VJE0833;
3. a Röhm model RG23 .22 caliber revolver bearing an obliterated serial number;
4. 16 9mm rounds;
5. a box of .22 caliber rounds; and
6. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED August 16, 2022.

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE